IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

TERI VONNE GREEN,                    )
     Plaintiff,                         )
                                     )

vs.                                  )
                                     )

FRANK J. BISIGNANO,                  )          Case No. CIV-25-372-GLJ
Commissioner of the Social           )
Security Administration,             )
                                     )
     Defendant.                         )

## OPINION AND ORDER

Claimant, Teri Vonne Green, is the prevailing party in this action under the Social Security Act. Claimant seeks reimbursement of an award of attorney's fees in the amount of $8,772.00 and costs in the amount of $405.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Docket Nos. 16 & 17]. The Commissioner does not oppose an award of attorney fees or costs in the amount requested [Docket No. 17].

Upon review of the record herein, the Court finds that the requested amount is reasonable, and that the Commissioner should be ordered to pay it to Claimant as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort)[.]"); *see also Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) ("The EAJA therefore permits

attorney's fees reimbursement to financially eligible prevailing parties, who make a proper application, and not to their attorneys.").

Accordingly, IT IS ORDERED that Plaintiff's Combined Unopposed Motion and Brief for Attorney's Fees Pursuant to the Equal Access to Justice Act [Docket No. 17] is hereby granted and that the Government is therefore ordered to pay the above-referenced fee award and costs to Claimant as the prevailing party herein. IT IS FURTHER ORDERED that if Claimant's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of such fees to Claimant pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 3rd day of April, 2026.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**

2